UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RONALD KNOBLOCK, <br><br> *Plaintiff,* <br><br> v. <br><br> INFOZEN, LLC, formerly InfoZen, Inc., IDENTRIX, LLC, and RAJ ANANTHANPILLAI, <br><br> *Defendants.* | No. 1:16cv1153-AJT-JFA |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 31 U.S.C. § 3730(b)(1), Plaintiff relator Ronald Knoblock ("Knoblock") and Defendants hereby stipulate to the dismissal of the above-captioned action as to Knoblock individually with prejudice and as to the United States without prejudice. Pursuant to 31 U.S.C. § 3730(b)(1), the United States consents to the dismissal of the civil action with prejudice to Relator and without prejudice to the United States.

Knoblock, who has been representing himself Pro Se, has decided that he does not wish to pursue this action any further and therefore, agrees to dismiss this action as to him individually with prejudice. The United States declined to intervene in this False Claims Act case (Doc. 4).

Stipulated to this 31st day of October, 2017.

*/s/ Ronald Knoblock*
Ronald Knoblock
15925 Avery Road
Derwood, MD 20855
*Plaintiff relator, pro se*

So ordered 11/2/2017

/s/
Anthony J. Trenga
United States District Judge

*/s/ Megan M. Jeschke*
Brandon H. Elledge (VSB No. 45349)
Megan M. Jeschke (VSB No. 76063)
Timothy J. Taylor (VSB No. 84529)
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, Virginia 22102
t. 703.720.8600
f. 703.720.8610
e. megan.jeschke@hklaw.com
*Counsel for Defendants InfoZen, LLC; Endera Systems, LLC; and Raj Ananthanpillai*


DANA J. BOENTE
UNITED STATES ATTORNEY
*/s/ Christine Roushdy*
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
t. 703.299.3911
f. 703.299.3983
Christine.Roushdy@usdoj.gov
*Counsel for the United States*